UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Sherrill L. White</u>

    v.                              Civil No. 08-cv-00206-JL

<u>Mark L. Sisti</u>

### ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held on **March 12, 2009**.

The Discovery Plan (document no. 17) is approved as submitted, with the following changes:

The parties will notify the court of their intention with respect to mediation within 21 days of the date of this order.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: March 17, 2009

cc:  Sherrill L. White, pro se
      Christopher D. Hawkins, Esq.