UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHERRILL L. WHITE,    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>MARK L. SISTI, ESQ.,    )<br>    Defendant.    )<br>    ) | 08-CV-206-JL |

## MOTION FOR JUDGMENT ON THE PLEADINGS

The Defendant, Mark L. Sisti, Esq. ("Attorney Sisti"), by and through his attorneys, Nelson, Kinder, Mosseau & Saturley, PC, submits this Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).

1.    For reasons set forth in the Memorandum of Law in Support of this Motion submitted on even date and incorporated herein by reference, see Local Rule 7.1(a)(2), the Plaintiff's claims are barred as a matter of law and the Second Amended Complaint must be dismissed.

2.    As this is a dispositive motion, counsel has not sought the plaintiff's concurrence. Local Rule 7.1(c).

WHEREFORE, Attorney Mark L. Sisti respectfully requests that this Honorable Court:

    A.    Grant Judgment on the Pleadings in his favor; and

    B.    Grant such other and further relief as it deems just and proper.

                                                         Respectfully submitted,

                                                         MARK L. SISTI, ESQ.,

                                                         By his attorneys,

                                                         NELSON, KINDER, MOSSEAU &
                                                         SATURLEY, PC,

Dated: April 16, 2009                     /s/ Christopher D. Hawkins
                                                       Christopher D. Hawkins, Esq.
                                                         Bar No. 10005
                                                        99 Middle Street
                                                        Manchester, NH 03101
                                                        (603)647-1800
                                                        (603)647-1900
                                                        chawkins@nkms.com

CERTIFICATE OF SERVICE

     I, Christopher D. Hawkins, Esquire, hereby certify that on April 16, 2009, the foregoing was mailed first class postage prepaid to Sherrill White.

Dated: April 16, 2009                                                           */s/ Christopher D. Hawkins, Esquire*
                                                                                Christopher D. Hawkins, Esquire