UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Sherrill L. White</u>

      v.                                    Civil No. 08-cv-206-JL

<u>Mark L. Sisti</u>


## **J U D G M E N T**

In accordance with the Order dated June 23, 2009, by United States District Judge Joseph N. Laplante, judgment is hereby entered.


                                                    By the Court,

                                                    ***/s/ Deborah A. Eastman-Proulx***

                                                    Deborah A. Eastman-Proulx, Deputy Clerk

June 24, 2009

cc:     Sherrill L. White, pro se
        Christopher D. Hawkins, Esq.